PROB 12C
(7/93)

Report Date: February 24, 2010

# United States District Court

for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 25 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Scott Allen McIntosh          Case Number: 2:05CR06003-001

Last Known Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 06/07/2005

Original Offense:   Possession of Firearm by Prohibited Person, 8 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 57 months;          Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:   Gregory M Shogren          Date Supervision Commenced: 02/12/2010

Defense Attorney:      Alex B. Hernandez          Date Supervision Expires: 10/11/2012

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---
1 & 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.
 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
 | **Supporting Evidence**: Mr. McIntosh is considered in violation of his conditions of supervised release by failing to report to the probation office and failing to report a valid address since February 12, 2010.
 | Mr. McIntosh was released from custody on February 12, 2010, following service of a revocation sentence. This release date was confirmed by the U.S. Marshals in Yakima, Washington. Since his release from custody, Mr. McIntosh has failed to report or contact the U.S. Probation Office, and his whereabouts are unknown.

Prob12C
Re: McIntosh, Scott Allen
February 24, 2010
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/24/2010

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

_____
Date