PROB 12C
(7/93)

Report Date: January 20, 2011

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 20 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Scott Allen McIntosh        Case Number: 2:05CR06003-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 6/7/2005

Original Offense: Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 57 Months; TSR - 36        Type of Supervision: Supervised Release
Months

Asst. U.S. Attorney: James P. Hagarty        Date Supervision Commenced: 9/29/2010

Defense Attorney: Rebecca Pennell        Date Supervision Expires: 1/28/2013

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/29/2010.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |
| | **Supporting Evidence**: On December 27, 2010, Mr. McIntosh was contacted by the Umatilla County Sheriff's Office in the District of Oregon. Again, on January 7, 2011, Mr. McIntosh was contacted and arrested by the Umatilla County Sheriff's Office in the District of Oregon. Mr. McIntosh had not received permission from this officer to leave this judicial district. |
| 7 | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |
| | **Supporting Evidence**: Mr. McIntosh was contacted and cited by the Umatilla County Sheriff's Office on December 27, 2010, as outlined above. Mr. McIntosh failed to disclose this law enforcement contact. |

Prob12C
**Re:  McIntosh, Scott Allen**
**January 20, 2011**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/20/2011

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

## THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]   Other

Signature of Judicial Officer

1/20/11
Date